# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
Appellant,
vs.
MANDALAY BAY CORP, D/B/A
MANDALAY BAY RESORT AND
CASINO,
Respondent.

No. 84418

FILED

MAR 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Review of the notices of appeal and documents before this court reveals a jurisdictional defect. The notices of appeal appear to challenge (1) a motion to intervene filed in the district court on March 2, 2022, and (2) a February 28, 2022, district court order denying a motion to amend complaint and a motion to dismiss counsel and appoint standby counsel. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from a motion to intervene or the challenged district court order. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ , J.
Silver

_____ , J.
Cadish

_____ , J.
Pickering

22-09858

cc: Hon. David M. Jones, District Judge
Matthew Travis Houston
Clark McCourt, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A